| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 18-11701-tmd<br>Western District of Texas<br>Austin<br>Thu Mar 21 18:33:09 CDT 2019 | United States Trustee (SMG113)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ADT Security<br>PO Box 650485<br>Dallas, TX 75265-0485 | AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523-1615 | AT&T<br>POB 105414<br>Atlanta, GA 30348-5414 |
| (p)ACADIAN AMBULANCE SERVICE INC<br>ATTN JESSE PROCTOR<br>P O BOX 98000<br>LAFAYETTE LA 70509-8000 | Agri Accept<br>PO Box 14535<br>Des Moines, IA 50306-3535 | Allen D. Russell<br>Cintas Corporation<br>2777 Allen Parkway Suite 1000<br>Houston, TX 77019-2165 |
| Altus GTS Inc<br>2400 Veterans Memorial Blvd.<br>Suite 300<br>Kenner, LA 70062-8725 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. 9043<br>Andover, MA 01810-0943 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| Bastrop County<br>c/o Tara LeDay<br>P.O. Box 1289<br>Round Rock, TX 78680 | Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415-0621 | C-Y Publications<br>7010 6th Street North<br>Oakdale, MN 55128-6146 |
| CTRMA Processing<br>PO Box 16777<br>Austin, TX 78761-6777 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capio Partners Llc<br>ATTN: Bankruptcy<br>PO Box 3498<br>Sherman, TX 75091-3498 |
| Capital Accounts<br>Attn: Bankruptcy Dept<br>PO Box 140065<br>Nashville, TN 37214-0065 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank USA<br>c/o American Infosource<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 |
| Chase Bank USA, N.A<br>c/o Robertson, Anschutz & Schneid, P.L<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Card Services<br>Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cintas Corporation<br>POB 650838<br>Dallas, Texas 75265-0838 |
| Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank / Bealls<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Covert Ford Lincoln<br>POB 201780<br>Austin, Texas 78720-1780 | Credit Management, LP<br>Attn: Bankruptcy<br>PO Box 118288<br>Carrollton, TX 75011-8288 |

| | | |
|---|---|---|
| Credit One Bank<br>ATTN: Bankruptcy<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | DEX YP<br>c/o JSD Management Inc.<br>1283 College Park Drive<br>Dover, DE 19904-8713 | DLL FINANCE LLC<br>PO BOX 2000<br>JOHNSTON, IA 50131-0020 |
| Department of VA<br>POB 11930<br>Saint Paul, MN 55111-0930 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Family Business Services<br>POB 890287<br>Charlotte, NC 28289-0287 | Fayette County Veterinary Clinic<br>POB 397<br>La Grange, Texas 78945-0397 | First National Bank<br>PO Drawer F<br>Bastrop, Texas 78602-1970 |
| Frontier Bank Of Texas<br>POB 551<br>Elgin, Texas 78621-0551 | Frontier Bank of Texas<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8544 | HIBU Inc<br>POB 3162<br>Cedar Rapids, IA 52406-3162 |
| HIBU Inc<br>POB 660052<br>Dallas, Texas 75266-0052 | Heimer Law Offices P.C.<br>6633 Highway 290 East<br>Suite 205<br>Austin, Texas 78723-1157 | Hibu<br>c/o RMS<br>PO Box 361345<br>Columbus, OH 43236-1345 |
| IRS Insolvency Office<br>300 E. 8th Street<br>Stop 5026 AUS<br>Austin, Texas 78701-3233 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lincoln Automotive Fin<br>Pob 54200<br>Omaha, NE 68154-8000 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Malone & Assoicates<br>8518 New Hampshire Drive<br>Austin, Texas 78758-7434 |
| Merchants & Professional Credit Bureau<br>Attn: Bankruptcy<br>5508 Parkcrest Dr Ste. 210<br>Austin, TX 78731-4929 | Merchants and Professional Credit B<br>PO Box 1938<br>Southgate, MI 48195-0938 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| Mitchell1<br>25029 Network Place<br>Chicago, IL 60673-1250 | Office of the Attorney General<br>Bankruptcy Collections Division<br>POB 12548<br>Austin, Texas 78711-2548 | One Smile Dental<br>201 Childers Drive #117<br>Bastrop, Texas 78602-4155 |

PayPal Credit
PO Box 71202
Charlotte, NC 28272-1202

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Receivables Performance Management
20816 44th Ave, W
Lynnwood, WA 98036-7744


South Austin Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Southeast Publications
2150 Southwest 10th Street
Deerfield Beach, FL 33442-7625

Southeast Publications
7676-B Peters Rd.
Plantation, FL 33324-4032


Southwestern Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

T.J. Buildings
9165 Hunterboro Drive
Brentwood, TN 37027-6133

TekCollect Inc
PO Box 1269
Columbus, OH 43216-1269


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Propane Company
POB 11
Schulenburg, Texas 78956-0011

The First National Bank of Bastrop
c/o Law Offices of Elizabeth G. Smith
6655 First Park Ten, Ste. 240
San Antonio, TX 78213-4304


U.S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5597

United States Attorney General
Department of Justice
950 Pennsylvanie Ave., N. W.
Washington, DC 20530-0009


United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Valicor
POB 261180
Corpus Christi, Texas 78426-1180

Verizon Wireless
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304-2225


Walton Distributing Company
6000 Tri-County Parkway
Schertz, Texas 78154-3248

Zwicker & Assoc.
321 N. Main
Taylor, Texas 76574-3642

Zwicker and Associates
1 Chisolm Trail #.301
Round Rock, Texas 78681-5109


Christy Lingafelter Heimer
Heimer Law Offices PC
6633 E Highway 290, Suite 205
Austin, TX 78723-1157

Deborah B. Langehennig
Chapter 13 Trustee
6201 Guadalupe St.
Austin, TX 78752-4011

Thomas Carl Brown
2002 Chestnut Street
Bastrop, TX 78602-5741


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Acadian Ambulance Services
130 E. Kaliste Saloom Rd.
POB 92970
Lafayette, LA 70509

Caine & Weiner
Attn: Bankruptcy
PO Box 5010
Woodland Hills, CA 91365

Texas Comptroller of Public Accounts
POB 13528
Austin, Texas 78711

End of Label Matrix
Mailable recipients    83
Bypassed recipients     0
Total                  83